IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: HDR HOLDING, INC., et al., | ) ) ) | Chapter 11<br>Case No. 19-11396 (MFW)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>Appellant,<br><br>v.<br><br>HDR HOLDING, INC., et al.,<br><br>Appellees. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1825 (MN)<br>BAP No. 19-53 |
| DNOW L.P.,<br><br>Appellant,<br><br>v.<br><br>HDR HOLDING, INC., et al.,<br><br>Appellees. | ) ) ) ) ) ) ) ) ) | C.A. No. 19-1946 (MN)<br>BAP No. 19-57 |

## <u>RECOMMENDATION</u>

At Wilmington this **25th** day of **March 2020.**

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, various teleconferences (which included an initial review and discussion with counsel to determine the appropriateness of mediation in these matters), and telephonic/email mediation;

WHEREAS, as a result of the above screening process, the issues involved in these cases are not amenable to further mediation and additional mediation attempts

at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Since the filing of the appeals in these matters, there has been extensive telephonic discussions and email exchanges involving this judge and counsel to try to settle these matters. These mediation/settlement efforts have been unsuccessful.

Unless otherwise ordered, a briefing schedule will need to be entered in these related matters.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 since the parties are aware of the unsuccessful status of mediation and the need for a scheduling order.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge