# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: HDR HOLDING, INC., et al., | ) Chapter 11<br>) Case No. 19-11396 (MFW)<br>) (Jointly Administered) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>Appellant,<br><br>v.<br><br>HDR HOLDING, INC., et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>) C.A. No. 19-1825 (MN)<br>) BAP No. 19-53<br>)<br>)<br>)<br>) |
| DNOW L.P.,<br><br>Appellant,<br><br>v.<br><br>HDR HOLDING, INC., et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>) C.A. No. 19-1946 (MN)<br>) BAP No. 19-57<br>)<br>)<br>) |

## <u>ORDER</u>

WHEREAS, on March 26, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5 in C.A. No. 19-1825 and D.I. 4 in C.A. No. 19-1946) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the parties are aware of the unsuccessful status of mediation[1] and the need for a briefing schedule (D.I. 5 at 2; D.I. 4 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 27th day of March 2020 that the Recommendation is ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before April 10, 2020, the parties shall submit a proposed briefing schedule for these appeals.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court

---

[1] As stated in the Recommendation, since these appeals were filed Judge Thynge has held numerous telephonic discussions and has had extensive email exchanges with counsel trying to settle these matters and those efforts were unsuccessful (D.I. 5 at 2; D.I. 4 at 2).